In the Matter of the Probate of the Will of ANDREW VOGELSANG, Deceased.

JOSEPH VOGELSANG et al., Appellants; CARL CEDAR et al., Respondents.

(Submitted February 10, 1930; decided February 18, 1930.)

*Alex C. Webber* for motion.
*Nathan O. Petty* opposed.

Motion granted and appeals dismissed, with costs and ten dollars costs of motion.